# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES C. STULL,<br><br>    Plaintiff,<br><br>  v.<br><br>S. OCHOA,<br><br>    Defendant.<br>_____/ | CASE No. 1:12-cv-00968-LJO-MJS (PC)<br><br>VOLUNTARY DISMISSAL OF ACTION<br><br>(ECF No. 13)<br><br>CLERK SHALL CLOSE CASE |

  Plaintiff James C. Stull is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed June 15, 2012 pursuant to 42 U.S.C. § 1983. (Compl., ECF No. 1.) Plaintiff declined Magistrate Judge jurisdiction. (Decline, ECF No. 6.)

  On June 29, 2012, Plaintiff's Complaint was dismissed for failure to state a claim, but Plaintiff was given leave to file, not later than October 29, 2012, a first amended complaint. (Orders, ECF Nos. 5, 9, 11.) No amended Complaint having been filed as of November 13, 2012, the Court ordered Plaintiff to show cause why his case should not be dismissed. (OSC re Dismissal, ECF No. 12.)

  On November 30, 2012, Plaintiff filed a motion asking that his case be voluntarily dismissed. (Mot. Vol. Dismiss., ECF No. 13.)

1
2    Under Fed. R. Civ. P. 41(a)(1)(A), a plaintiff may dismiss an action without a
3 court order by filing a notice of dismissal. Plaintiff's motion requesting dismissal of his
4 case is read as a notice of dismissal.
5    Accordingly, pursuant to Fed. R. Civ. P. 41, this action is hereby DISMISSED
6 without prejudice.
7    The Clerk shall CLOSE this case.
8
9 IT IS SO ORDERED.
10 Dated:   December 6, 2012             /s/ *Michael J. Seng*
                                        UNITED STATES MAGISTRATE JUDGE

2